# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**VICKIE A. KIMBERLY,**         **CASE NO.   1:12-cv-654**

    Plaintiff,            **Judge Timothy S. Black**
                               **Magistrate Judge Stephanie K. Bowman**

  **-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

  Defendant.

_____

### JUDGMENT IN A CIVIL CASE
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Joint Motion to Remand (Doc. 16) is **GRANTED;** and the case is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g); and that the case is **CLOSED** from the docket of the Court.

Date: April 25, 2013                                **JOHN P. HEHMAN, CLERK**

                                                By: *s/ M. Rogers*
                                                Deputy Clerk